IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:   Ronald D. Collins                                         #18-50532-MPP
                                                                   Chapter 13

OBJECTING PARTY:  **CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION**

___   1. Debtor(s) not eligible for chapter 13 relief.  11 U.S.C. § 109

___   2. Plan not proposed in good faith.  11 U.S.C. § 1325(a)(3)

___   3. Creditors receive less under the plan that they would receive in a chapter 7.
         11 U.S.C. § 1325(a)(4)

___   4. Plan does not provide for payment of all disposable income.  11 U.S.C. § 1325(b)

_x_   5. The plan is not feasible.  11 U.S.C. § 1325(a)(6)

___   6. Petition not filed in good faith.  11 U.S.C. §1325 (a)(7)

___   7. Debtor(s) has failed to pay required domestic support obligations post-petition.
         11U.S.C. §1325 (a)(8)

___   8. Unsecured claims are improperly classified or plan unfairly discriminate as a class.
         11 U.S.C. § 1322(b)(1)

___   9. Plan improperly provides for lien avoidance.

___   10. Collateral is undervalued or all collateral not listed.  11 U.S.C. § 1325(a)(5)(B)

___   11. No interest provided on claim or interest rate is insufficient. 11 U.S.C. §1325(a)(5)(B)

___   12. Lack of adequate protection, either in monthly payment on secured debt or absence of
          insurance. 11 U.S.C. §1325(a)(5)(B)

___   13. The plan does not permit a deficiency claim.

___   14. Security interest in principal residence is impermissibly modified, no mortgage arrearage
          listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. §1322(b)(2)

___   15. Plan does not provide for lien retention for a secured claim.  11 U.S.C. § 1325(a)(5)(B)

___   16. Debtor(s) have unfiled federal income tax returns.  11 U.S.C. §1325 (a)(9).

___   17. Debtor(s) have failed to provide Trustee with copies of federal income tax returns.

___   18. Local Plan Form (3015-1) has been modified outside the parameters of Fed.R.Bankr. 9009.

_X_   19. Trustee preserves any and all other applicable objections to confirmation.

___   20. Other :_____
          _____

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:

/s/ Gwendolyn M. Kerney
Gwendolyn M. Kerney, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995